UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAYER AMSCHEL
ROTHSCHILD, and to all others
similarly situated class action,

    Plaintiff,

v.                              Case No.:  2:24-cv-301-SPC-KCD

PFIZER CORPORATION, EALON
JOELSON and PALO ALTO
MEDICAL FOUNDATION,

    Defendants.
_____/

## ORDER

Plaintiff, proceeding without a lawyer, filed what the Court construes as a motion for extension of time to file an amended complaint. (Doc. 12.) The Court grants the request, but notes that this is Plaintiff's second request for an extension of time. *See* Doc. 8. No further extensions will be granted.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Extension of Time (Doc. 12) is **GRANTED**. Plaintiff must file an amended complaint that complies with the Court's prior Order (Doc. 4) by **July 18, 2024**. **Failure to do so will result in a recommendation that this case be dismissed**.

2. Plaintiff's duplicate motion for extension (Doc. 10) is **DENIED AS MOOT**.

**ENTERED** in Fort Myers, Florida on June 24, 2024.

Copies: All Parties of Record

Kyle C. Dudek
United States Magistrate Judge

2