UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAYER AMSCHEL
ROTHSCHILD, and to all others
similarly situated class action,

      Plaintiff,

v.                                                                      Case No.:  2:24-cv-301-SPC-KCD

PFIZER CORPORATION,

      Defendant.

                                  /

## ORDER

Before the Court is Plaintiff's amended complaint. (Doc. 14.) The filing appears to consist of four different complaints filed as one document. But Plaintiff may proceed on only one complaint that includes all claims, properly alleges subject-matter jurisdiction, and is signed. Plaintiff will be granted leave to file a second amended complaint that meets these requirements—again, one complaint that includes all claims, properly alleges subject-matter jurisdiction, and is signed.

Accordingly, it is **ORDERED**:

Plaintiff must file a second amended complaint consistent with this Order by **August 14, 2024**. **Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute**.

**ENTERED** in Fort Myers, Florida on July 15, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2